IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DIANA M. McCURDY : CIVIL ACTION

vs. :

MICHAEL J. ASTRUE, : NO. 11-CV-2952
Commissioner of the
Social Security Administration

ORDER

AND NOW, this 31st day of May, 2013, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, and the Plaintiff's objections thereto, and upon independent review of the briefs filed by the parties, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's request for review is DENIED; and

3. Judgment shall be entered in this matter in favor of DEFENDANT.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.